# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                         CASE NO: 3:01cr9LAC

LUIS MORALES,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from 150 months to 75 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 28 March 2003 shall remain unchanged.

**ORDERED** this 17th day of September, 2007.

                                                           *s/L.A. Collier*
                                                       LACEY A. COLLIER
                                       Senior United States District Judge